1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          WESTERN DISTRICT OF WASHINGTON
                     AT SEATTLE
9

10 | UNITED STATES OF AMERICA,   )
                                 )
11 |          Plaintiff,          )     CASE NO.   C05-569M
                                 )
12 |     v.                      )
                                 )
13 |                             )     DETENTION ORDER
     KEVIN LEE CRONIC,           )
14 |                             )
              Defendant.         )
15 |_____)

16  Offenses charged:

17          Counts 1-13:   Mail Fraud, in violation of Title 18, U.S.C., Section 1841

18          Date of Detention Hearing: November 30, 2005

19          The Court conducted both an detention hearing pursuant to Title 18 U.S.C. §

20  3142(f), and a preliminary Rule 5(c)(3) inquiry. The defendant waived his rights to a full

21  Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating  court

22  in the  Eastern District of California to answer the charges.

23          Based upon the factual findings and statement of reasons for detention hereafter

24  set forth, finds that no condition or combination of conditions which the defendant can meet

25  will reasonably assure the appearance of the defendant as required and the safety of any

26  other person and the community. The Government was represented by Joanne Maida.

DETENTION ORDER
PAGE -1-

The defendant was represented by Brian Tsuchida.

The Government moved for detention stating that in addition to the thirteen counts, there are four other "scams" not reflected in complaint in which the defendant was involved. The government maintains the defendant is a danger to the community in terms of the financial hazard defendant poses.

Defense counsel argued for release maintaining defendant has no prior criminal record and has strong ties to the district of Washington, including small children.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) This Defendant has ties to this district, however his lack of trustworthiness forms the basis of his detention. In the Pre-trial Services report he has purported sought money from others stating his youngest child, an infant, is in need of surgery. The surgery, though needed, did not occur, despite his having been given money to do accomplish it. Together with the underlying offenses, this Court has little faith in the Defendant complying with court orders and refraining from presenting a risk of additional economic damage to the public.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States

Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of December, 2005.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-